**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7202**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

     versus

GUY MARION WILLIAMS,
a/k/a Guy Marrion Williams,

                    Defendant - Appellant.

---

**No. 06-7203**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

     versus

GUY MARION WILLIAMS,

                    Defendant - Appellant.

---

Appeals from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief
District Judge.  (0:94-cr-00635-JFA; 3:94-cr-00923-JFA)

---

Submitted: October 31, 2006      Decided:  November 7, 2006

---

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Guy Marion Williams, Appellant Pro Se.  Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, Sean Kittrell, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Guy Marion Williams appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2000) motion and a subsequent order denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Williams</u>, Nos. 0:94-cr-00635-JFA; 3:94-cr-00923-JFA (D.S.C. June 1 & 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>